**RECEIVED**

## DEPARTMENT OF VETERANS AFFAIRS

NOV 1 9 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK



**VA NORTH TEXAS**
**HEALTH CARE SYSTEM**

FILED
COURT OF APPEALS
SECOND DI͟͟͟͟͟ ͟͟ ͟ TEXAS

NOV 1 9 2015

DEBRA ᵜᵜᵜᵜᵜ, CLERK

Fort Worth Outpatient Clinic
2201 SE Loop 820
Medical Administration Service
FT. Worth, Texas 76119
Office (817)
Fax (817)

**Date:**

**To:** *County Clerks Office "Appeals*

**From:** ~~Hattie~~ A. Harris 02-15-00212 CR

**Remarks:**

*Unable to get information*
*Due my health, back a Fax*

"This fax is intended only for the use of the person or office to which it is addressed and may contain information that is privileged, confidential, or protected by law. All others are hereby notified that the receipt of this fax does not waive any applicable privilege or exemption for disclosure and that any dissemination, distribution, or copying of this communication is prohibited. If you have received this fax in error, please notify this office or individual identified on this fax immediately at the telephone number listed above."

Updated 5/20/15

**J. WARREN ST. JOHN**
ATTORNEY AND COUNSELOR AT LAW
2020 BURNETT PLAZA
801 CHERRY STREET UNIT NO. 5
FORT WORTH, TEXAS 76102-6883
(817) 336-1436
FAX (817) 336-1429
E-Mail: jwlawyer@aol.com
www.stjohndefense.com

KIMBERLY T. ST. JOHN
Office Manager
MELANIE H. TELL
Legal Assistant

MANSFIELD OFFICE
(817) 453-2228
Not in
Service

**RECEIVED**

**NOV 1 9 2015**

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

October 30, 2015

*Via CMRRR: 91 7108 2133 3931 3032 3679*
Ms. Hattie Harris
108 Magnolia Street, #26
Mansfield, Texas 76063

Re:      *The State of Texas v. Hattie Arnetta Harris*
         *Cause No. 02-15-00212-CR*

Dear Ms. Harris:

I have completed my review of the record in your case and have concluded that you do not have any arguable grounds to advance your appeal.

I have filed an Anders Brief with the Court of Appeals and have filed a Motion to Withdraw as your attorney based on the Anders Case, which I have enclosed.

You may, if you wish, attempt to advance your appeal Pro Se to the Court of Appeals. The address to the Court of Appeals is as follows:

Ms. Debra Spisak, Clerk
Court of Appeals
Second District of Texas
Tim Curry Criminal Justice Center
401 W. Belknap, Suite 9000
Fort Worth, Texas 76196

You have access to your record through the Criminal District Clerk's office. You may request your record by contacting the clerk's office at the following address:

Tarrant County District Clerk
396th Judicial District Court
Tim Curry Criminal Justice Center
401 W. Belknap
Fort Worth, Texas 76196

In the event the Court of Appeals affirms the conviction, you have the right to file a Pro

*Attorneys in Texas since 1896*

Se Petition for Discretionary Review (PDR). You will have thirty (30) days from the date the court affirms the conviction to file a (PDR), if you so desire. Simply put, a PDR is a Petition filed with the Texas Court of Criminal Appeals in Austin. Texas, which asks the Court to review the decision of the Second Court of Appeals. The address to file your PDR is as follows:

> Mr. Abel Acosta, Clerk
> Court of Criminal Appeals
> P. O. Box 12308
> Capitol Station
> Austin, Texas 78711

Sincerely,

J. Warren St. John

JWS:mht
Enclosures

cc:    Court of Appeals
       Second District of Texas

**RECEIVED**

NOV 1 9 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

IN THE COURT OF APPEALS
FOR THE SECOND DISTRICT OF TEXAS
FORT WORTH, TEXAS

| | | |
|---|---|---|
| HATTIE ARNETTA HARRIS, | § | |
| | § | |
| Appellant | § | |
| | § | |
| VS. | § | NO. 02-15-00212-CR |
| | § | |
| THE STATE OF TEXAS, | § | |
| | § | |
| Appellee | § | |

### APPELLANT'S MOTION FOR PRO SE ACCESS TO THE APPELLATE RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

This Motion for Pro Se Access to the Appellate Record is brought by HATTIE ARNETTA HARRIS, the Appellant in the above-styled and numbered cause, and who hereby requests to have access to the Appellate Record.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests the Court grant this Motion and that Appellant be allowed access to the Appellate Record.

Respectfully submitted,

HATTIE ARNETTA HARRIS, Pro Se
Address: 108 Magnolia St
Apt# 24
Mansfield, TX 76063

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion was mailed to the office of Ms. Debra A. Windsor, Assistant District Attorney, Tim Curry Criminal Justice Center, 401 W. Belknap Street, Fort Worth, Texas 76196 on this _12_ day of _November_, 2015.

HATTIE ARNETTA HARRIS, Pro Se

## IN THE COURT OF APPEALS
## FOR THE SECOND DISTRICT OF TEXAS
## FORT WORTH, TEXAS

| | | |
|---|---|---|
| HATTIE ARNETTA HARRIS, | § | |
| | § | |
| Appellant | § | |
| | § | |
| VS. | § | NO. 02-15-00212-CR |
| | § | |
| THE STATE OF TEXAS, | § | |
| | § | |
| Appellee | § | |

## O R D E R

On this the _12_ day of _November_ , 2015, came on to be heard

Appellant's Motion for Pro Se Access to the Appellate Record and the Court finds that said

Motion is hereby:

(GRANTED)                              (DENIED)

SIGNED this _____ day of _____, 2015.


_____
JUDGE PRESIDING